ADOLPH WITTEMANN, Respondent, v. AUSTIN L. SANDS, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Kelly, P. J., Rich, Jaycox, Manning and Young, JJ.

GEORGE ALLEN, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Motion to vacate or modify order confirming report of referee denied, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

FANNIE F. ARCHER, Respondent, v. MARGARET ARCHER, etc., and Others, Appellants.— Motion to resettle order, or open default, denied, without costs. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

ALBERT BRUEHWEILER, Appellant, v. BENJAMIN F. HERNANDEZ and Others, Respondents.— Motion for stay denied, without costs. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

CATHERINE ENGLISH, as Administratrix, etc., of EDWARD ENGLISH, Deceased, Appellant, v. THE NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.— Motion to dismiss appeal granted by default, with ten dollars costs. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

CENTRAL-MOTT CORPORATION, Respondent, v. PIUS A. VAGNIER, Appellant, Impleaded with Others.— Motion to dismiss appeal denied, without costs. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

LOUIS N. FELDMAN, Appellant, v. BIG SIX CORPORATION and Others, Respondents.— Motion for stay denied. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

JERUSHA I. HALL, Respondent, v. CONCRETE MATERIAL COMPANY, INC., Appellant, Impleaded with Another.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

JOHN D. HELMKEN, Respondent, v. CONCRETE MATERIAL COMPANY, INC., Appellant, Impeaded with Another.— Motion for reargument or for leave to appeal to the Court of Appeals denied. Present —Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

In the Matter of the Application of HAROLD CHALMERS, Respondent, for an Order of Mandamus against JAMES ADDISON, President, and Others, etc., Appellants.—Motion to dismiss appeal granted, without costs. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

In the Matter of the Application of HAROLD CHALMERS, Respondent, for an Order of Mandamus against JAMES ADDISON, President, and Others, Appellants.— Motion to dismiss appeal granted, without costs. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

In the Matter of the Application of the BROOKLYN BAR ASSOCIATION. SAMUEL F. EDMEAD, Respondent.— Motion to confirm report of referee granted, and respondent suspended from practice for one year. Present — Kelly, P. J., Rich, Manning, Kelby and Kapper, JJ.

In the Matter of the Mechanic's Lien upon the Real Property Claimed by FRED W. MORTAN, Appellant, v. GIUSEPPE MARINO, Respondent.— Motion to dismiss appeal denied on condition that appellant perfect the appeal for November 16, 1923, for which date the case is set down, and be ready for argument when reached; otherwise, motion granted, with ten dollars costs. Present— Kelly, P. J., Rich, Manning and Kapper, JJ.